UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR OROZCO, | No. 2:19-cv-2296 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM SULLIVAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations. Petitioner has also filed an application for a certificate of appealability pursuant to 28 U.S.C. § 2253.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 18, 2020, are adopted in full;
2. Petitioner's petition for a writ of habeas corpus is denied; and
3. Petitioner's application for a certificate of appealability (ECF No. 23) is denied for the reasons set forth in the findings and recommendations.

DATED: July 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE