UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR OROZCO, | No. 2:19-cv-2296 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM SULLIVAN, | |
| Respondent. | |

Petitioner is a state prisoner who was proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On July 12, 2021, the Court denied the petition, denied petitioner's request for a Certificate of Appealability, and entered judgement for respondent.

In a document filed here on July 30, 2021, petitioner again moves for a Certificate of Appealability. It appears that petitioner intended to file this motion in the Court of Appeals for the Ninth Circuit. Petitioner is advised that if he wishes to appeal the judgment of this court, he must file a Notice of Appeal in this court within 30 days of the entry of judgment. *See* Rules 3 and 4, Federal Rules of Appellate Procedure. Ninth Circuit rules require petitioner to file a Notice of Appeal, regardless of whether he has filed a request for a Certificate of Appealability. Ninth Circuit Rule 22-1(d).

DATED: August 4, 2021.

CHIEF UNITED STATES DISTRICT JUDGE